AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>7-24-mj-15 | Date and time warrant executed:<br>February 2, 2024   0700 | Copy of warrant and inventory left with:<br>Christopher Buono |
| Inventory made in the presence of :<br>Special Agent Brian Luoma | | |
| Inventory of the property taken and name of any person(s) seized:<br><br>Amazon tablet FCC ID:ZAETF-1013<br>LG cell phone (white) with case<br>Samsung tablet with case<br>Verizon tablet with case<br>Amazon tablet (black)<br>Samsung tablet with case IMEI: 3584090977429<br>LG tablet (black) ID:ZNFLK460<br>PNY SD card (46gb)<br>Samsung Galaxy (black) SN R5CWB143PYZ<br>Toshiba laptop SN 9A053532K<br>Aspire laptop Model MS2253 SN LXATS0YO3480018F92000<br>LG tablet FCC ID: ZNFVK815<br><br>**Received in Chambers**<br>**By Reliable Electronic Means**<br><br>February 5, 2024, 3:07 p.m.<br><br>**Hon. C. Kailani Memmer**<br>**United States Magistrate Judge** | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:   February 5, 2024

*Executing officer's signature*

Christopher Cummings, Special Agent
*Printed name and title*